# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Lapham,<br><br>            Plaintiff,<br><br>v.<br><br>Century Link,<br><br>            Defendant. | No. CV-15-08027-PCT-GMS<br><br>**ORDER** |

The Court has been advised that this case has settled (Doc. 23).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 60 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **August 10, 2015** without further leave of Court.

Dated this 11th day of June, 2015.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge