# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Lapham,<br><br>                Plaintiff,<br><br>v.<br><br>Century Link,<br><br>                Defendant. | No. CV-15-08027-PCT-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 25) and good cause shown,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

Dated this 28th day of July, 2015.

*/s/ G. Murray Snow*
Honorable G. Murray Snow
United States District Judge